

# Fourth Court of Appeals
## San Antonio, Texas

February 22, 2021

No. 04-20-00083-CV

Perla Ines **GUTIERREZ**,
Appellant

v.

Ruben Oscar **GUTIERREZ**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2018FLA000140-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## O R D E R

Appellant's reply brief is currently due March 1, 2021. TEX. R. APP. P. 38.6(c); *see also id.* R. 4.1(a). On February 19, 2021, appellant filed a motion seeking an extension of time to file her brief until March 10, 2021. After consideration, we GRANT appellant's motion and ORDER her to file her reply brief by March 10, 2021.

It is so **ORDERED** on February 22, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT